IN RE A.S. ET AL.; SUMMIT COUNTY CHILDREN SERVICES
BOARD, APPELLANT; SMITH, APPELLEE.

[Cite as *In re A.S.,* 110 Ohio St.3d 283, 2006-Ohio-4479.]

(No. 2005–2105—Submitted August 8, 2006—Decided September 13, 2006.)

---

{¶ 1} The judgment of the court of appeals is reversed on the authority of *In re A.B.,* 110 Ohio St.3d 230, 2006-Ohio-4359, 852 N.E.2d 1187, and the cause is remanded to the trial court for further proceedings consistent herewith.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

RESNICK and PFEIFER, JJ., dissent.

---

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Philip D. Bogdanoff, Assistant Prosecuting Attorney, for appellant.